IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INTERNET COUPON SOLUTIONS LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. _____ |
| v. | § § | **JURY TRIAL DEMANDED** |
| COUPONS, INC., NEWS AMERICA MARKETING INTERACTIVE, LLC, VALASSIS DIRECT MAIL, INC., VALPAK DIRECT MARKETING SYSTEMS, INC. | § § § § § § | |
| Defendants. | § | |

**PLAINTIFF INTERNET COUPON SOLUTIONS LLC'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

Plaintiff, INTERNET COUPON SOLUTIONS LLC, hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.  INTERNET COUPON SOLUTIONS LLC is a wholly-owned subsidiary of Acacia Patent Acquisition LLC.  Acacia Patent Acquisition LLC is a wholly-owned subsidiary of Acacia Research Corporation (a publicly traded company).

**Dated:   June 10, 2009.**            Respectfully submitted,

/s/ Jonathan T. Suder
State Bar No. 19463350
David A. Skeels
State Bar No. 24041925
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
skeels@fsclaw.com

2

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
(903) 757-8449
Fax (903) 758-7397
ema@emafirm.com

John Ward, Jr.
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, TX 75601
(903) 757-6400
Fax (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**

m:\internet coupons\pleadings\corporate disclosure statement.doc